UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-394-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| SHEILA ANN MURDOCK, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 30, 2008.  The United States was represented by Assistant United States Attorney Karyn S. Johnson, and the defendant by Christopher S. Black.  The proceedings were digitally recorded.

The defendant had been charged and convicted of Mail Theft, in violation of 18 U.S.C. § 1708.  On or about January 18, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of ninety-one (91) days in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance-abuse program, financial disclosure, $650 restitution, mental health program, submit to search, possess no firearms,

cooperate with DNA collection, satisfactorily participate in a RRC program for up to 120 days, and do not possess any form of identification in any other name without approval.

In a Petition for Warrant or Summons dated March 3, 2008, U.S. Probation Officer Monique D. Neal asserted the following violations by defendant of the conditions of her supervised release:

(1) Using opiates on or before May 29, 2007, in violation of standard condition no. 7.

(2) Using methamphetamine on or before May 31, 2007, August 5, 2007, and September 29, 2007, in violation of standard condition no. 7.

(3) Using methamphetamine and cocaine on or before January 8, 2008, in violation of standard condition no. 7.

(4) Using cocaine on or before January 24, 2008, in violation of standard condition no. 7.

(5) Failing to report for drug testing as directed by the U.S. Probation Office on May 30, October 2, October 17, November 3, December 17, and December 28, 2007, and February 19, 2008, in violation of the special condition that the defendant participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

(6) Failing to pay restitution for the months of April, May, July, August, September, October, November, and December 2007, and January and February 2008, in violation of the special condition requiring her to pay $650 in restitution during the period of supervision in monthly installments of not less than 10% of her gross monthly household income.

On March 26, 2008, defendant made her initial appearance. The defendant was advised of the allegations and advised of her rights. On April 30, 2008, this matter came before the Court

for an evidentiary hearing.  After being advised of her rights, defendant admitted to violations 1, 2, 3, 4 and 5.  Alleged violation 6 was withdrawn and dismissed without prejudice by the government.

      I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as alleged in violations 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition.  A disposition hearing has not been set before the Honorable Marsha J. Pechman

      Pending a final determination by the Court, the defendant has been released, subject to supervision.

      DATED this 30th day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Marsha J. Pechman
       AUSA:                 Ms. Karyn S. Johnson
       Defendant's attorney:   Mr. Christopher S. Black
       Probation officer:      Ms. Monique D. Neal